**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD ALLEN COLLINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-4905** |
| | : | |
| **D. B. OBERLANDER**, *et al.* | : | |

## <u>ORDER</u>

**AND NOW**, this 27th day of February 2023, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 2), Petitioner's Supplemental Brief (ECF Doc. No. 23), the Response to the Petition (ECF Doc. No. 32), Petitioner's Reply (ECF Doc. No. 33), Judge Strawbridge's Report and Recommendation (ECF Doc. No. 34), Petitioner's Objections (ECF Doc. No. 37), the parties' responses (ECF Doc. Nos. 39, 40) to our January 19, 2023 Order asking the parties to show cause as to whether Petitioner exhausted his Sixth Amendment autonomy claim (ECF Doc. No. 38), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.      We **APPROVE** and **ADOPT** Judge Strawbridge's Report and Recommendation (ECF Doc. No. 34) but differ in part on the reasoning as to the exhaustion and autonomy issues;

2.      We **OVERRULE** Petitioner's Objections (ECF Doc. No. 37);

3.      We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 2) with prejudice;

4.      We find no basis for an evidentiary hearing;

5.      We **DENY** a certificate of appealability; and,

6.      The Clerk of Court shall **close** this case.

**KEARNEY, J.**